THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>　　　　　Defendants. | CASE NO. 3:22-cv-05186-BHS<br><br>**STIPULATED JOINT CLAIM CONSTRUCTION**<br><br>NOTED FOR August 24, 2023 |

　　　　The Court's Scheduling Order (Dkt. 47) states that "[i]f either party decides that a claim construction hearing is necessary, that party shall file a motion requesting a claim construction hearing following the exchange of both proposed claim terms and phrases and preliminary claim constructions and evidence." Dkt. 47 at 1.

　　　　Pursuant to the schedule entered by the Court, on June 23, 2023, Plaintiff Lumentum Operations LLC ("Lumentum") informed Defendants nLIGHT, Inc. ("nLIGHT"), Dahv Kliner, and Roger L. Farrow ("Defendants") of its position that no claim terms or phrases require construction in this matter. On the same day, Defendants identified one claim term—"confinement region"— that Defendants contended required construction. Also pursuant to the Scheduling Order, on July 24, 2023, Lumentum and Defendants (collectively, the "Parties") exchanged preliminary claim constructions and evidence for this term. Following this exchange, Defendants informed Lumentum

STIPULATED JOINT CLAIM CONSTRUCTION - 1
CASE NO. 3:22-CV-05186-BHS

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

1  that they would agree to the construction for "confinement region" proposed by Lumentum—"a
2  higher-index region surrounded by a lower-index region."

3  Accordingly, no party believes that a claim construction hearing is necessary in this case,
4  and the Parties respectfully ask the Court to accept and adopt the following agreed upon construction
5  for the term "confinement region":

| **Claim Term** | **Agreed Upon Construction** |
|---|---|
| "confinement region" | "a higher-index region surrounded by a lower-index region" |

DATED this 25th day of August, 2023.

By: *s/Joel D. Sayres (with permission)*
Joel D. Sayres
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com

David J.F. Gross
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
David.Gross@FaegreDrinker.com

Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

STIPULATED JOINT CLAIM CONSTRUCTION - 2
CASE NO. 3:22-CV-05186-BHS

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

|   |   |
|---|---|
| 1 | Zachary D. Wawrzyniakowski |
| 2 | 320 South Canal Street, Suite 3300 |
| 3 | Chicago, IL 60606-5707 |
|   | Telephone: (312) 569-1000 |
| 4 | Zachary.Wawrzyniakowski@FaegreDrinker.com |
|   | CORR|DOWNS PLLC |

By:  *s/Joseph P. Corr (with permission)*
    Joseph P. Corr, WSBA No. 36584
    100 W Harrison St, Suite N440
    Seattle, WA 98119
    Telephone: 206.962.5040
    ghoog@corrdowns.com
    jcorr@corrdowns.com

**Attorneys for Plaintiff Lumentum Operations LLC**

By:  *s/ Christopher T. Wion*
    Christopher T. Wion, WSBA #33207
    Selby P. Brown, WSBA #59303
    SUMMIT LAW GROUP, PLLC
    315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104-2682
    Tel: (206) 676-7000
    chrisw@summitlaw.com
    selbyb@summitlaw.com

    Scott A. Felder (*Pro Hac Vice*)
    Wesley E. Weeks (*Pro Hac Vice*)
    WILEY REIN LLP
    2050 M Street NW
    Washington, DC 20036
    Tel: (202) 719-7000
    sfelder@wiley.law
    wweeks@wiley.law

**Attorneys for Defendants**

STIPULATED JOINT CLAIM CONSTRUCTION - 3
CASE NO. 3:22-CV-05186-BHS

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

**ORDER**

The Court adopts the Parties' stipulated construction as shown above. It is **SO ORDERED** on this 25th day of August, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Respectfully submitted by:

By: *s/Joel D. Sayres (with permission)*
   Joel D. Sayres
   1144 15th Street, Suite 3400
   Denver, CO 80202
   Telephone: (303) 607-3500
   Joel.Sayres@FaegreDrinker.com

   David J.F. Gross
   1950 University Avenue, Suite 450
   East Palo Alto, CA 94303
   Telephone: (650) 324-6700
   David.Gross@FaegreDrinker.com

   Braden M. Katterheinrich
   Johnathon E. Webb
   Doowon R. Chung
   2200 Wells Fargo Center
   90 S. 7th Street, Suite 2300
   Minneapolis, MN 55402
   Telephone: (612) 766-7000
   Braden.Katterheinrich@FaegreDrinker.com
   Johnathon.Webb@FaegreDrinker.com
   Doowon.Chung@FaegreDrinker.com

   Zachary D. Wawrzyniakowski
   320 South Canal Street, Suite 3300
   Chicago, IL 60606-5707

STIPULATED JOINT CLAIM CONSTRUCTION - 4
CASE NO. 3:22-CV-05186-BHS

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

1  Telephone: (312) 569-1000
   Zachary.Wawrzyniakowski@FaegreDrinker.com
2  CORR|DOWNS PLLC

3  By: *s/Joseph P. Corr (with permission)*
       Joseph P. Corr, WSBA No. 36584
4      100 W Harrison St, Suite N440
       Seattle, WA 98119
5      Telephone: 206.962.5040
       ghoog@corrdowns.com
6      jcorr@corrdowns.com

7
   ***Attorneys for Plaintiff Lumentum Operations LLC***
8

9
   By: *s/ Christopher T. Wion*
10     Christopher T. Wion, WSBA #33207
       Selby P. Brown, WSBA #59303
11     SUMMIT LAW GROUP, PLLC
       315 Fifth Avenue S., Suite 1000
12     Seattle, WA 98104-2682
       Tel: (206) 676-7000
13     chrisw@summitlaw.com
       selbyb@summitlaw.com
14
       Scott A. Felder (*Pro Hac Vice*)
15     Wesley E. Weeks (*Pro Hac Vice*)
       WILEY REIN LLP
16     2050 M Street NW
       Washington, DC 20036
17     Tel: (202) 719-7000
       sfelder@wiley.law
18     wweeks@wiley.law

19
   ***Attorneys for Defendants***
20

21

22

23

24

25

26

STIPULATED JOINT CLAIM CONSTRUCTION - 5
CASE NO. 3:22-CV-05186-BHS

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001