THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>　　　　　　　　Defendants. | Case No. 3:22-CV-05186-BHS<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>NOTE ON MOTION CALENDAR:<br>February 1, 2024 |

Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow, move this Court pursuant to LCR 83.2(b) for an order permitting Christopher T. Wion and Selby P. Brown of Summit Law Group to withdraw as their counsel of record, and to be replaced by Tyler L. Farmer and Elisabeth Read of Harrigan Leyh Farmer & Thomsen LLP, 999 Third Ave., Suite 4400, Seattle, WA 98104.

Scott A. Felder and Wesley E. Weeks of Wiley Rein LLP will remain as counsel of record for nLIGHT, Inc., Dahv Kliner and Roger L. Farrow.

Attorneys for Plaintiff, Joel D. Sayres, David J.F. Gross and Doowon R. Chung of Faegre Drinker Biddle & Reath LLP and Joseph P. Corr of Corr Downs PLLC, have approved of, signed, and stipulated to this motion as set forth below.

///

///

///

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
3:22-CV-05186-BHS

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Dated this 1st day of February 2024.

HARRIGAN LEYH FARMER & THOMSEN LLP

By:  _s/ Tyler L. Farmer_
    Tyler L. Farmer, WSBA No. 39912

By:  _s/ Elisabeth Read_
    Elisabeth Read, WSBA No. 59762

    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    E: tylerf@harriganleyh.com;
    elisabeth.read@harrignleyh.com
    P: 206-623-1700 | F: 206-623-8717
    ***Substituting Attorneys for nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

SUMMIT LAW GROUP

By: _s/ Christopher T. Wion_
    Christopher T. Wion, WSBA No. 33207

By: _s/ Selby P. Brown_
    Selby P. Brown, WSBA No. 59303

    315 5th Ave. S., Suite 1000
    Seattle, WA 98104
    chrisw@summitlaw.com;
    selbyb@summitlaw.com
    ***Withdrawing Attorneys for nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

WILEY REIN LLP

By:  _s/ Scott A. Felder_
    Scott A. Felder (*Pro Hac Vice*)

By:  _s/ Wesley E. Weeks_
    Wesley E. Weeks (*Pro Hac Vice*)

    2050 M Street NW
    Washington, DC 20036
    SFelder@wiley.law
    WWeeks@wiley.law
    ***Attorneys for nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

CORR DOWNS PLLC

By:  _s/ Joseph P. Corr_
    Joseph P. Corr, WSBA No. 36584
    100 W. Harrison St., Ste N440
    Seattle, WA 98119
    jcorr@corrdowns.com
    ***Attorneys for Lumentum Operations LLC***

FAEGRE DRINKER BIDDLE & REATH LLP

By:  _s/ Joel D. Sayres_
    Joel D. Sayres
    1144 15th Street, Suite 3400
    Denver, CO 80202
    Telephone: (303) 607-3500
    Joel.sayres@faegredrinker.com

**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2**
3:22-CV-05186-BHS

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

By:  *s/ David J.F. Gross*
David J.F. Gross
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
David.Gross@FaegreDrinker.com


By:  *s/ Doowon R. Chung*
Doowon R. Chung
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
doowon.chung@faegredrinker.com
**Attorneys for Lumentum Operations LLC**

## ORDER

IT IS SO ORDERED.

DATED this 1st day of February, 2024.


_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 3
3:22-CV-05186-BHS

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned certifies that under penalty of perjury that on the below date I caused to be

3

served the foregoing document on:

4

**<u>Attorney for Lumentum Operations LLC</u>**
David J.F. Gross

5

Doowon R. Chung
Joel D. Sayres

6

FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center

7

90 S. Seventh Street
Minneapolis, MN 55402

8

(  ) Via U.S. Mail
(  ) Via Facsimile:

9

(  ) Via Hand Delivery
(X)    Via CM/ECF:

10

david.gross@faegredrinker.com;
doowon.chung@faegredrinker.com;

11

joel.sayres@faegredrinker.com

**<u>Attorney for Lumentum Operations LLC</u>**
Joseph P. Corr
CORR DOWNS PLLC
100 W. Harrison St., Ste N440
Seattle, WA 98119
(  ) Via U.S. Mail
(  ) Via Facsimile:
(  ) Via Hand Delivery
(X)    Via CM/ECF: jcorr@corrdowns.com

12

13

**<u>Attorneys for nLIGHT, Inc., Dahv Kliner</u>**
**<u>and Roger L. Farrow</u>**

14

Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)

15

WILEY REIN LLP
2050 M Street NW

16

Washington, DC 20036
(  ) Via U.S. Mail

17

(  ) Via Facsimile:
(  ) Via Hand Delivery

18

(X)    Via CM/ECF: SFelder@wiley.law;
WWeeks@wiley.law

**<u>Attorneys for nLIGHT, Inc., Dahv Kliner</u>**
**<u>and Roger L. Farrow</u>**
Christopher T. Wion
Selby P. Brown
SUMMIT LAW GROUP
315 5th Ave. S., Suite 1000
Seattle, WA 98104
(  ) Via U.S. Mail
(  ) Via Facsimile:
(  ) Via Hand Delivery
(X)    Via CM/ECF: chrisw@summitlaw.com
selbyb@summitlaw.com

19

20

**SIGNED** this 1st day of February, 2024, at Seattle, Washington.

21

22

*s/ Shawn Williams*
Shawn Williams

23

24

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 4
3:22-CV-05186-BHS