THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUMENTUM OPERATIONS LLC,

Plaintiff,

v.

NLIGHT, INC.; DAHV KLINER; and
ROGER L. FARROW,

Defendants.

NO. 3:22-CV-05186-BHS

**STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER**

**NOTE ON MOTION CALENDAR:
THURSDAY, APRIL 11, 2024**

## <u>STIPULATED MOTION</u>

Pursuant to LCR 16(b)(6), Plaintiff Lumentum Operations LLC ("Lumentum") and Defendants nLIGHT, Inc. ("nLIGHT"), Dahv Kliner ("Kliner"), and Roger L. Farrow ("Farrow") (collectively, the "Parties"), by and through the undersigned counsel, hereby respectfully submit this Stipulated Motion to Modify the Scheduling Order (Dkt. Nos. 47, 75).

Since the Court granted the Parties' prior stipulation to modify the Scheduling Order (Dkt. 75), the Parties have continued to conduct discovery, take depositions, and confer regarding discovery disputes. Due to continued parental care emergencies, the limited availability of certain deposition witnesses, and so that depositions and discovery may be further completed in advance of expert disclosures, the Parties agree that good cause exists to slightly modify the Scheduling Order as set forth below. This request only seeks to modify the first four pre-trial dates while keeping the trial date and remaining pre-trial dates the same:

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING
ORDER - 1

Case No. 3:22-cv-05186-BHS

Faegre Drinker Biddle & Reath LLP
1144 15th St. #3400
Denver, CO 80202
(303) 607-3500

| Event | Original Date | Revised Date per Dkt. 75 | Proposed Second Revised Date |
|---|---|---|---|
| Expert Witness Disclosure/Reports Deadline | April 8, 2024 | April 29, 2024 | May 15, 2024 |
| Rebuttal Expert Disclosure/Reports Deadline | May 8, 2024 | June 5, 2024 | June 21, 2024 |
| Motions Deadline | May 20, 2024 | June 10, 2024 | June 28, 2024 |
| Discovery Deadline | June 17, 2024 | July 1, 2024 | July 8, 2024 |
| Dispositive Motions Deadline | July 17, 2024 | July 17, 2024 | July 17, 2024 |
| Motions in Limine Deadline | September 9, 2024 | September 9, 2024 | September 9, 2024 |
| Pretrial Order Deadline | September 23, 2024 | September 23, 2024 | September 23, 2024 |
| Voire Dire, Jury Instruction, Trial Brief, and Agreed Neutral Statement of the Case, and Deposition Designations Deadline | September 24, 2024 | September 24, 2024 | September 24, 2024 |
| Pretrial Conference | September 30, 2024, at 3:00 PM | September 30, 2024, at 3:00 PM | September 30, 2024, at 3:00 PM |
| Seven Day Jury Trial set to commence | October 15, 2024, at 9:00 AM | October 15, 2024, at 9:00 AM | October 15, 2024, at 9:00 AM |

For the foregoing reasons, the Parties respectfully request that the Court modify the Scheduling Order as set forth above. A proposed Order is submitted herewith.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 11th day of April, 2024.

FAEGRE DRINKER BIDDLE & REATH LLP

By:  _s/ Joel D. Sayres_

Joel D. Sayres

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com

David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 3

Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

WILEY REIN LLP

By:   *s/ Scott A. Felder*

Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
sfelder@wiley.law
wweeks@wiley.law

HARRIGAN LEYH FARMER & THOMSEN
LLP

Tyler L. Farmer, WSBA No. 39912
Elisabeth Read, WSBA No. 59762
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
tylerf@harriganleyh.com
elisabeth.read@harriganleyn.com

***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner
and Roger L. Farrow***

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING
ORDER - 4

Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

**ORDER**

This matter, having come before the Court on the above stipulation, it is hereby

ORDERED THAT:

Relief is granted to extend the following deadlines:

| Event | Original Date | Revised Date | Proposed Second Revised Date |
|---|---|---|---|
| Expert Witness Disclosure/Reports Deadline | April 8, 2024 | April 29, 2024 | May 15, 2024 |
| Rebuttal Expert Disclosure/Reports Deadline | May 8, 2024 | June 5, 2024 | June 21, 2024 |
| Motions Deadline | May 20, 2024 | June 10, 2024 | June 28, 2024 |
| Discovery Deadline | June 17, 2024 | July 1, 2024 | July 8, 2024 |

Pursuant to the above Stipulation, the trial date and all other pre-trial deadlines shall remain the same.

IT IS SO ORDERED.

Dated this 12th day of April, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

FAEGRE DRINKER BIDDLE & REATH LLP

By:   _s/ Joel D. Sayres_
Joel D. Sayres
Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER
Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com

David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

*Attorneys for Plaintiff Lumentum Operations LLC*

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING
ORDER
Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

1

WILEY REIN LLP

2

By: _s/ Scott A. Felder_____

3

Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)

4

2050 M Street NW
Washington, DC 20036

5

Tel: (202) 719-7000
sfelder@wiley.law

6

wweeks@wiley.law

7

HARRIGAN LEYH FARMER & THOMSEN
LLP

8

Tyler L. Farmer, WSBA No. 39912

9

Elisabeth Read, WSBA No. 59762
999 Third Avenue, Suite 4400

10

Seattle, WA 98104
Tel: (206) 623-1700

11

tylerf@harriganleyh.com
elisabeth.read@harriganleyn.com

12

***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner***

13

***and Roger L. Farrow***

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING
ORDER
Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500