THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>                    Defendants. | NO. 3:22-CV-05186-BHS<br><br>**STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR: WEDNESDAY, MAY 8, 2024** |

## **STIPULATED MOTION**

Pursuant to LCR 16(b)(6), Plaintiff Lumentum Operations LLC ("Lumentum") and Defendants nLIGHT, Inc. ("nLIGHT"), Dahv Kliner ("Kliner"), and Roger L. Farrow ("Farrow") (collectively, the "Parties"), by and through the undersigned counsel, hereby respectfully submit this Stipulated Motion to Modify the Scheduling Order (Dkt. Nos. 47, 75, 82).

Since the Court granted the Parties' prior stipulation to modify the Scheduling Order (Dkt. 82), the Parties appeared at the April 18, 2024 Hearing regarding the Expedited Joint Motion for Discovery by Lumentum (Dkt. 76). Consistent with the Court's guidance at the April 18, 2024 Hearing, the parties have been diligently working together, including multiple meet and confers, to produce documents and supplement discovery responses as ordered by the Court, take depositions, and attempt to resolve remaining discovery disputes.

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 1

Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Defendants have not yet been able to produce manuals and specifications for the Corona fiber laser products as ordered by the Court, but the parties continue to work cooperatively on this and other disputed discovery issues, and expect that these issues will be resolved soon. In addition, lead counsel for Lumentum has had to take a short leave due to the loss of his mother on April 28, 2024. So that discovery may be further completed and remaining issues resolved in advance of expert disclosures, the Parties agree that good cause exists to slightly modify the Scheduling Order as set forth below. This request only seeks to modify the first five pre-trial dates while keeping the trial date and remaining pre-trial dates the same:

| Event | Original Date | Revised Date per Dkt. 82 | Proposed Third Revised Date |
|---|---|---|---|
| Expert Witness Disclosure/Reports Deadline | April 8, 2024 | May 15, 2024 | May 28, 2024 |
| Rebuttal Expert Disclosure/Reports Deadline | May 8, 2024 | June 21, 2024 | July 2, 2024 |
| Motions Deadline | May 20, 2024 | June 28, 2024 | July 8, 2024 |
| Discovery Deadline | June 17, 2024 | July 8, 2024 | July 17, 2024 |
| Dispositive Motions Deadline | July 17, 2024 | July 17, 2024 | July 24, 2024 |
| Motions in Limine Deadline | September 9, 2024 | September 9, 2024 | September 9, 2024 |
| Pretrial Order Deadline | September 23, 2024 | September 23, 2024 | September 23, 2024 |
| Voire Dire, Jury Instruction, Trial Brief, and Agreed Neutral Statement of the Case, and Deposition Designations Deadline | September 24, 2024 | September 24, 2024 | September 24, 2024 |
| Pretrial Conference | September 30, 2024, at 3:00 PM | September 30, 2024, at 3:00 PM | September 30, 2024, at 3:00 PM |

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 2

Case No. 3:22-cv-05186-BHS

Faegre Drinker Biddle & Reath LLP
1144 15th St. #3400
Denver, CO 80202
(303) 607-3500

| Event | Original Date | Revised Date per Dkt. 82 | Proposed Third Revised Date |
|---|---|---|---|
| Seven Day Jury Trial set to commence | October 15, 2024, at 9:00 AM | October 15, 2024, at 9:00 AM | October 15, 2024, at 9:00 AM |

For the foregoing reasons, the Parties respectfully request that the Court modify the Scheduling Order as set forth above. A proposed Order is submitted herewith.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 8th day of May, 2024.

    FAEGRE DRINKER BIDDLE & REATH LLP

By: _s/ Doowon R. Chung_
Joel D. Sayres
Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com

David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 3

Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

        Joseph P. Corr, WSBA No. 36584
        100 W Harrison St, Suite N440
        Seattle, WA 98119
        Telephone: 206.962.5040
        ghoog@corrdowns.com
        jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***

WILEY REIN LLP

By:  *s/ Scott A. Felder*
      Scott A. Felder (*Pro Hac Vice*)
      Wesley E. Weeks (*Pro Hac Vice*)
      Lisa M. Rechden (*Pro Hac Vice*)
      2050 M Street NW
      Washington, DC 20036
      Tel: (202) 719-7000
      sfelder@wiley.law
      wweeks@wiley.law
      lrechden@wiley.law

BRYAN CAVE LEIGHTON PAISNER LLP

Tyler L. Farmer, WSBA #39912
Elisabeth Read, WSBA #59762
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
tyler.farmer@bclplaw.com
elisabeth.read@bclplaw.com

***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

---

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 4

Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

**ORDER**

This matter, having come before the Court on the above stipulation, it is hereby ORDERED THAT:

Relief is granted to extend the following deadlines:

| Event | Original Date | Revised Date | Proposed Third Revised Date |
|---|---|---|---|
| Expert Witness Disclosure/Reports Deadline | April 8, 2024 | May 15, 2024 | May 28, 2024 |
| Rebuttal Expert Disclosure/Reports Deadline | May 8, 2024 | June 21, 2024 | July 2, 2024 |
| Motions Deadline | May 20, 2024 | June 28, 2024 | July 8, 2024 |
| Discovery Deadline | June 17, 2024 | July 8, 2024 | July 17, 2024 |
| Dispositive Motions Deadline | July 17, 2024 | July 17, 2024 | July 24, 2024 |

Pursuant to the above Stipulation, the trial date and all other pre-trial deadlines shall remain the same.

IT IS SO ORDERED.

Dated this 8th day of May, 2024.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER
Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

DMS_US.363895229.3

Presented by:

FAEGRE DRINKER BIDDLE & REATH LLP

By: _s/ Doowon R. Chung_
Joel D. Sayres
Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com

David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER
Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

DMS_US.363895229.3

WILEY REIN LLP

By: *s/ Scott A. Felder*
Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
Lisa M. Rechden (*Pro Hac Vice*)
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
sfelder@wiley.law
wweeks@wiley.law
lrechden@wiley.law

BRYAN CAVE LEIGHTON PAISNER LLP

Tyler L. Farmer, WSBA #39912
Elisabeth Read, WSBA #59762
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
tyler.farmer@bclplaw.com
elisabeth.read@bclplaw.com

***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER
Case No. 3:22-cv-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

DMS_US.363895229.3