THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>  Defendants. | NO. 3:22-CV-05186-BHS<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINES RELATED TO PLAINTIFF'S MOTION TO COMPEL AND RENOTING PLAINTIFF'S MOTION TO COMPEL** |

## STIPULATED MOTION

Plaintiff Lumentum Operations LLC ("Lumentum") and Defendants nLIGHT, Inc. ("nLIGHT"), Dahv Kliner ("Kliner"), and Roger L. Farrow ("Farrow") (collectively, the "Parties"), hereby respectfully submit this Stipulated Motion to Extend the Time for Defendants' Response to Plaintiff's Motion to Compel (Dkt. 90).

The Parties have agreed to continue the meet and confer process. As a result, and pursuant to LCR 7(j), the Parties agreed to defer Defendants' Response to the pending Motion to allow time to complete that process. Accordingly, the Parties respectfully request that:

1. The Court extend Defendants' Response deadline to July 30, 2024—giving 1 additional week for the Parties to confer;

2. The Court extend Lumentum's Reply deadline to August 5, 2024; and

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL- 1
CASE NO. 3:22-CV-05186-BHS

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
999 THIRD AVENUE SUITE 4400
SEATTLE, WASHINGTON 98104
+1 206 623 1700

3. Lumentum's Motion to Compel (Dkt. 90) be renoted for August 5, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 19th day of July , 2024.

          BRYAN CAVE LEIGHTON PAISNER LLP

          By: *s/ Elisabeth Read*
             Tyler L. Farmer, WSBA #39912
             Elisabeth Read, WSBA #59762
             999 Third Avenue, Suite 4400
             Seattle, WA 98104
             Telephone: (206) 623-1700
             tyler.farmer@bclplaw.com
             elisabeth.read@bclplaw.com

          WILEY REIN LLP

             Scott A. Felder (*Pro Hac Vice*)
             Wesley E. Weeks (*Pro Hac Vice*)
             Lisa M. Rechden (*Pro Hac Vice*)
             2050 M Street NW
             Washington, DC 20036
             Tel: (202) 719-7000
             sfelder@wiley.law
             wweeks@wiley.law
             lrechden@wiley.law

          ***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

          FAEGRE DRINKER BIDDLE & REATH LLP

          By: *s/ Doowon R. Chung*
             David J.F. Gross
             Braden M. Katterheinrich
             Johnathon E. Webb
             Doowon R. Chung
             2200 Wells Fargo Center
             90 S. 7th Street, Suite 2300
             Minneapolis, MN 55402

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL- 2
CASE NO. 3:22-CV-05186-BHS

B‌RYAN C‌AVE L‌EIGHTON P‌AISNER LLP
A‌TTORNEYS AT L‌AW
999 T‌HIRD A‌VENUE S‌UITE 4400
S‌EATTLE, W‌ASHINGTON  98104
+1 206 623 1700

Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Joel D. Sayres
Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL- 3
CASE NO. 3:22-CV-05186-BHS

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
999 THIRD AVENUE SUITE 4400
SEATTLE, WASHINGTON 98104
+1 206 623 1700

# ORDER

This matter, having come before the Court on the above stipulation, it is hereby ORDERED THAT:

Relief is granted to extend Defendants' Response to Plaintiff's Motion to Compel. Defendants shall file their Response to Plaintiff's Motion to Compel no later than July 30, 2024.

Relief is granted to extend Plaintiff's Reply in support of Plaintiff's Motion to Compel. Plaintiff shall file its Reply in support of Plaintiff's Motion to Compel no later than August 5, 2024.

Relief is granted to renote Plaintiff's Motion to Compel for August 5, 2024.

IT IS SO ORDERED.

Dated this 22nd day of July, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Elisabeth Read*
Tyler L. Farmer, WSBA #39912
Elisabeth Read, WSBA #59762
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
tyler.farmer@bclplaw.com
elisabeth.read@bclplaw.com

WILEY REIN LLP

Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
Lisa M. Rechden (*Pro Hac Vice*)

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL- 4
CASE NO. 3:22-CV-05186-BHS

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
999 THIRD AVENUE SUITE 4400
SEATTLE, WASHINGTON  98104
+1 206 623 1700

2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
sfelder@wiley.law
wweeks@wiley.law
lrechden@wiley.law

***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

FAEGRE DRINKER BIDDLE & REATH LLP

By: *s/ Doowon R. Chung*
David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Joel D. Sayres
Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com


Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL- 5
CASE NO. 3:22-CV-05186-BHS

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
999 THIRD AVENUE SUITE 4400
SEATTLE, WASHINGTON  98104
+1 206 623 1700

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

*Attorneys for Plaintiff Lumentum Operations LLC*

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL- 6
CASE NO. 3:22-CV-05186-BHS

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
999 THIRD AVENUE SUITE 4400
SEATTLE, WASHINGTON 98104
+1 206 623 1700