THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUMENTUM OPERATIONS LLC,

                Plaintiff,

      v.

NLIGHT, INC.; DAHV KLINER; and
ROGER L. FARROW,

                Defendants.

NO. 3:22-CV-05186-BHS

**SECOND STIPULATED MOTION AND ORDER EXTENDING DEADLINES RELATED TO PLAINTIFF'S MOTION TO COMPEL AND RENOTING PLAINTIFF'S MOTION TO COMPEL**

## STIPULATED MOTION

Plaintiff Lumentum Operations LLC ("Lumentum") and Defendants nLIGHT, Inc. ("nLIGHT"), Dahv Kliner ("Kliner"), and Roger L. Farrow ("Farrow") (collectively, the "Parties"), hereby respectfully submit this Second Stipulated Motion to Extend the Time for Defendants' Response to Plaintiff's Motion to Compel (Dkt. 90).

Consistent with the prior stipulation for extended deadlines (Dkt. 96), the Parties have reached several agreements regarding the discovery dispute. One dispute remains regarding attachments to two documents, and the parties continue to work to resolve this issue without court intervention. As a result, and pursuant to LCR 7(j), the Parties have agreed to defer Defendants' Response to the pending Motion to allow time to complete the conferral process with respect to the remaining issue. Accordingly, the Parties respectfully request that:

SECOND STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 1
CASE NO. 3:22-CV-05186-BHS

1.      The Court extend Defendants' Response deadline to July 31, 2024—giving 1 additional day for the Parties to finalize the conference;

2.      The Court extend Lumentum's Reply deadline to August 6, 2024; and

3.      Lumentum's Motion to Compel (Dkt. 90) be renoted for August 6, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 26th day of July , 2024.

BRYAN CAVE LEIGHTON PAISNER LLP

By: _s/ Elisabeth Read_____
    Tyler L. Farmer, WSBA #39912
    Elisabeth Read, WSBA #59762
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Telephone: (206) 623-1700
    tyler.farmer@bclplaw.com
    elisabeth.read@bclplaw.com

WILEY REIN LLP

    Scott A. Felder (*Pro Hac Vice*)
    Wesley E. Weeks (*Pro Hac Vice*)
    Lisa M. Rechden (*Pro Hac Vice*)
    2050 M Street NW
    Washington, DC 20036
    Tel: (202) 719-7000
    sfelder@wiley.law
    wweeks@wiley.law
    lrechden@wiley.law

*Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow*

FAEGRE DRINKER BIDDLE & REATH LLP

By: _s/ Joel D. Sayres_____
    Joel D. Sayres

SECOND STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 2
CASE NO. 3:22-CV-05186-BHS

Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com

David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

*Attorneys for Plaintiff Lumentum Operations LLC*

SECOND STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 3
CASE NO. 3:22-CV-05186-BHS

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
999 THIRD AVENUE SUITE 4400
SEATTLE, WASHINGTON  98104
+1 206 623 1700

**ORDER**

This matter, having come before the Court on the above stipulation, it is hereby ORDERED THAT:

Relief is granted to extend Defendants' Response to Plaintiff's Motion to Compel. Defendants shall file their Response to Plaintiff's Motion to Compel no later than July 31, 2024.

Relief is granted to extend Plaintiff's Reply in support of Plaintiff's Motion to Compel. Plaintiff shall file its Reply in support of Plaintiff's Motion to Compel no later than August 6, 2024.

Relief is granted to renote Plaintiff's Motion to Compel for August 6, 2024.

IT IS SO ORDERED.

Dated this 29th day of July, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Elisabeth Read*
   Tyler L. Farmer, WSBA #39912
   Elisabeth Read, WSBA #59762
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Telephone: (206) 623-1700
   tyler.farmer@bclplaw.com
   elisabeth.read@bclplaw.com

SECOND STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 4
CASE NO. 3:22-CV-05186-BHS

BRYAN CAVE LEIGHTON PAISNER LLP
ATTORNEYS AT LAW
999 THIRD AVENUE SUITE 4400
SEATTLE, WASHINGTON 98104
+1 206 623 1700

WILEY REIN LLP

Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
Lisa M. Rechden (*Pro Hac Vice*)
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
sfelder@wiley.law
wweeks@wiley.law
lrechden@wiley.law

**Attorneys for Defendants nLIGHT, Inc., Dahv
Kliner and Roger L. Farrow**

FAEGRE DRINKER BIDDLE & REATH LLP

By: *s/ Doowon R. Chung*
David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Joel D. Sayres
Shelby Pickar-Dennis
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Joel.Sayres@FaegreDrinker.com
Shelby.Pickar-Dennis@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

SECOND STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 5
CASE NO. 3:22-CV-05186-BHS

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***

SECOND STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 6
CASE NO. 3:22-CV-05186-BHS