THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>                             Plaintiff,<br><br>         v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>                             Defendants. | NO. 3:22-CV-05186-BHS<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>NOTE ON MOTION CALENDAR: JULY 30, 2024 |

## **STIPULATED MOTION**

Pursuant to LCR 7(j), Plaintiff Lumentum Operations LLC ("Lumentum") and Defendants nLIGHT, Inc. ("nLIGHT"), Dahv Kliner ("Kliner"), and Roger L. Farrow ("Farrow") (collectively, the "Parties"), hereby respectfully submit this Stipulated Motion to Extend the Time for the Dispositive Motion Deadline (Dkt. 94).

WHEREAS, the governing Scheduling Order (Dkt. 94) currently sets the deadline for Dispositive Motions for July 30, 2024.

WHEREAS, Plaintiff's counsel has informed Defendants' counsel that the Plaintiff's counsel's document management systems have been out of service since around 11:00 a.m. Pacific Time and continue to not be fully functional at this time, thereby preventing Plaintiff's counsel from accessing documents and exhibits necessary for the July 30, 2024 deadline for

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR DISPOSITIVE MOTIONS - 1
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Dispositive Motions and for the Parties' efforts to reach agreement on de-designation of certain exhibits to be filed, pursuant to LCR 5(g).

WHEREAS, the Parties have contacted the Court's chambers by email and by phone regarding this situation, and file this Stipulation pursuant to LCR 7(j).

WHEREAS, in view of the technical issues with Plaintiff's counsel's document management systems, Plaintiff seeks a one-day extension of the deadline for Dispositive Motions, with such extension applying to Defendants as well.

WHEREAS, Defendants have no objection to Plaintiff's request.

Accordingly, the Parties stipulate and respectfully request that:

1. The Court extend the deadline for Dispositive Motions to July 31, 2024—thereby providing one additional day for the Parties to file Dispositive Motions. No other deadlines shall be affected by this Stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 30th day of July, 2024.

          FAEGRE DRINKER BIDDLE & REATH LLP

          By: *s/ Joel D. Sayres*
              Joel D. Sayres
              Shelby Pickar-Dennis
              1144 15th Street, Suite 3400
              Denver, CO 80202
              Telephone: (303) 607-3500
              Joel.Sayres@FaegreDrinker.com
              Shelby.Pickar-Dennis@FaegreDrinker.com

              David J.F. Gross
              Braden M. Katterheinrich
              Johnathon E. Webb
              Doowon R. Chung
              2200 Wells Fargo Center
              90 S. 7th Street, Suite 2300
              Minneapolis, MN 55402
              Telephone: (612) 766-7000
              David.Gross@FaegreDrinker.com

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 2
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

By: *s/ Joseph P. Corr*
Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***

WILEY REIN LLP

By: *s/ Wesley E. Weeks*
Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
Lisa M. Rechden (*Pro Hac Vice*)
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
sfelder@wiley.law
wweeks@wiley.law
lrechden@wiley.law

BRYAN CAVE LEIGHTON PAISNER LLP

Tyler L. Farmer, WSBA #39912
Elisabeth Read, WSBA #59762
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
tyler.farmer@bclplaw.com
elisabeth.read@bclplaw.com

| | |
|---|---|
| STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 3<br>CASE NO. 3:22-CV-05186-BHS | FAEGRE DRINKER BIDDLE & REATH LLP<br>1144 15TH ST. #3400<br>DENVER, CO 80202<br>(303) 607-3500 |

1
2          ***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 | STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 4
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

**ORDER**

This matter, having come before the Court on the above stipulation, it is hereby ORDERED THAT:

Relief is granted to extend the deadline for Dispositive Motions to July 31, 2024.

IT IS SO ORDERED.

Dated this 31st day of July, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

FAEGRE DRINKER BIDDLE & REATH LLP

By: *s/ Joel D. Sayres*
    Joel D. Sayres
    Shelby Pickar-Dennis
    1144 15th Street, Suite 3400
    Denver, CO 80202
    Telephone: (303) 607-3500
    Joel.Sayres@FaegreDrinker.com
    Shelby.Pickar-Dennis@FaegreDrinker.com

    David J.F. Gross
    Braden M. Katterheinrich
    Johnathon E. Webb
    Doowon R. Chung
    2200 Wells Fargo Center
    90 S. 7th Street, Suite 2300
    Minneapolis, MN 55402
    Telephone: (612) 766-7000
    David.Gross@FaegreDrinker.com
    Braden.Katterheinrich@FaegreDrinker.com

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 5
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

By: *s/ Joseph P. Corr*
   Joseph P. Corr, WSBA No. 36584
   100 W Harrison St, Suite N440
   Seattle, WA 98119
   Telephone: 206.962.5040
   jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***

WILEY REIN LLP

By: *s/ Wesley E. Weeks*
   Scott A. Felder (*Pro Hac Vice*)
   Wesley E. Weeks (*Pro Hac Vice*)
   Lisa M. Rechden (*Pro Hac Vice*)
   2050 M Street NW
   Washington, DC 20036
   Tel: (202) 719-7000
   sfelder@wiley.law
   wweeks@wiley.law
   lrechden@wiley.law

BRYAN CAVE LEIGHTON PAISNER LLP

   Tyler L. Farmer, WSBA #39912
   Elisabeth Read, WSBA #59762
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Telephone: (206) 623-1700
   tyler.farmer@bclplaw.com
   elisabeth.read@bclplaw.com

***Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow***

| | |
|---|---|
| STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 6<br>CASE NO. 3:22-CV-05186-BHS | FAEGRE DRINKER BIDDLE & REATH LLP<br>1144 15TH ST. #3400<br>DENVER, CO 80202<br>(303) 607-3500 |