HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>                  Plaintiff,<br><br>  v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br>        Defendants. | Case No. 3:22-CV-05186-BHS-DWC<br><br>ORDER GRANTING DEFENDANT NLIGHT, INC.'S MOTION TO SEAL<br><br>**NOTE ON MOTION CALENDAR:**<br>**AUGUST 9, 2024** |

THIS MATTER having come before the Court on Defendants nLIGHT, Inc., Dahv Kliner, and Roger Farrow's Unopposed Motion to Seal, and the Court having reviewed and considered the motion and all associated papers filed in support of and in opposition to the motion, hereby ORDERS that Defendants' Motion to Seal is GRANTED.

The Clerk is ordered to maintain the following documents under seal:

- The complete copy of Exhibit 3 Dkt. 108, to the Declaration of Scott Felder in Support of the *Daubert* Motion, which is the Expert Report of Donald Gorowsky, dated May 28, 2024.

- Exhibit 10, Dkt. 111, to the Declaration of Scott Felder in Support of the *Daubert* Motion, which is an undated nLIGHT Statement of Revenue Since 2018: Corona and Non-Corona, produced in this litigation by Defendants as nLIGHT_077613.

- The unredacted copy of the *Daubert* Motion.

ORDER GRANTING DEFENDANT NLIGHT, INC.'S MOTION TO SEAL - 1
(Case No. 3:22-CV-05186-BHS-DWC)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

The Clerk is ORDERED to UNSEAL Exhibit 5, Dkt. 109, and Exhibit 9, Dkt. 110.

DATED this 20th day of August, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

By: *s/ Elisabeth Read*
Tyler L. Farmer, WSBA #39912
Elisabeth Read, WSBA #59762
BRYAN CAVE LEIGHTON PAISNER LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Tyler.farmer@bclplaw.com
elisabeth.read@bclplaw.com

OF COUNSEL:

Scott A. Felder (*pro hac vice*)
Wesley E. Weeks (*pro hac vice*)
Lisa M. Rechden (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Tel: (202)719-7000
sfelder@wiley.law
wweeks@wiley.law
lrechden@wiley.law

*Attorneys for Defendants*

ORDER GRANTING DEFENDANT NLIGHT, INC.'S MOTION TO SEAL - 2
(Case No. 3:22-CV-05186-BHS-DWC)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700