HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUMENTUM OPERATIONS LLC,

      Plaintiff,

    v.

NLIGHT, INC.; DAHV KLINER; and
ROGER L. FARROW,

      Defendants.

Case No. 3:22-CV-05186-BHS

ORDER ON DEFENDANTS' MOTION TO
SEAL CERTAIN EXHIBITS TO THE
DECLARATION OF SCOTT A. FELDER IN
RE DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

**NOTE ON MOTION CALENDAR:
AUGUST 9, 2024**

THIS MATTER having come before the Court on Defendants nLIGHT, Inc.'s, Dahv

Kliner's, and Roger Farrow's ("Defendants'") Unopposed Motion to Seal (the "Motion"), and the

Court having reviewed and considered the motion and all associated papers filed in support of and

in opposition to the motion, hereby ORDERS that Defendants' Motion to Seal is hereby ORDERS

that Defendants' Motion to Seal is GRANTED.

The Clerk is ordered to maintain the following documents under seal: Exhibits 8, 11, 25,

and 26 to the Declaration of Scott Felder in Support of Defendants' Motion for Summary

ORDER ON DEFENDANTS' MOTION TO SEAL CERTAIN
EXHIBITS TO THE DECLARATION OF SCOTT FELDER IN RE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
(Case No. 3:22-CV-05186-BHS)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

1  Judgment.

2       DATED this 20th day of August, 2024.

3

4

5       BENJAMIN H. SETTLE
        United States District Judge

6

7

8  Presented by:

9  By:   s/ Elisabeth Read
           Tyler L. Farmer, WSBA #39912
10         Elisabeth Read, WSBA #59762
           BRYAN CAVE LEIGHTON
11         PAISNER LLP
           999 Third Avenue, Suite 4400
12         Seattle, WA 98104
           Telephone: (206) 623-1700
13         Tyler.farmer@bclplaw.com
           elisabeth.read@bclplaw.com
14
           OF COUNSEL:
15
           Scott A. Felder (*pro hac vice*)
16         Wesley E. Weeks (*pro hac vice*)
           Lisa M. Rechden (*pro hac vice*)
17         WILEY REIN LLP
           2050 M Street NW
18         Washington, DC 20036
           Tel: (202)719-7000
19         sfelder@wiley.law
           wweeks@wiley.law
20         lrechden@wiley.law

21

22  *Attorneys for Defendants*

23

24

25

ORDER ON DEFENDANTS' MOTION TO SEAL CERTAIN
EXHIBITS TO THE DECLARATION OF SCOTT FELDER IN RE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2
(Case No. 3:22-CV-05186-BHS)

1

<u>**CERTIFICATE OF SERVICE**</u>

2

I declare under penalty of perjury that on July 30, 2024 copies of the foregoing were

3

caused to be served upon the following in the manner indicated:

4

*Attorneys for Plaintiff Lumentum Operations LLC*

5

*VIA ELECTRONIC MAIL*

6

FAEGRE DRINKER BIDDLE & REATH LLP

7

8

Joel D. Sayres
1144 15th Street, Suite 3400
Denver, CO 80202

9

Telephone: (303) 607-3500 Joel.Sayres@FaegreDrinker.com

10

David J.F. Gross
1950 University Avenue, Suite 450

11

East Palo Alto, CA 94303
Telephone: (650) 324-6700 David.Gross@FaegreDrinker.com

12

Braden M. Katterheinrich

13

Johnathon E. Webb
Doowon R. Chung

14

2200 Wells Fargo Center
90 S. 7th Street, Suite 2300

15

Minneapolis, MN 55402
Telephone: (612) 766-7000 Braden.Katterheinrich@FaegreDrinker.com

16

Johnathon.Webb@FaegreDrinker.com Doowon.Chung@FaegreDrinker.com

17

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300

18

Chicago, IL 60606-5707
Telephone: (312) 569-1000

19

Zachary.Wawrzyniakowski@FaegreDrinker.com

20

CORR|DOWNS PLLC
Joseph P. Corr, WSBA No. 36584

21

100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040

22

ghoog@corrdowns.com

23

24

DATED this 30th day of July, 2024.

25

  *s/ Shawn Williams*
  Shawn Williams

ORDER ON DEFENDANTS' MOTION TO SEAL CERTAIN
EXHIBITS TO THE DECLARATION OF SCOTT FELDER IN RE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
(Case No. 3:22-CV-05186-BHS)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700