THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>　　　　　　　　　　Defendants. | NO. 3:22-CV-05186-BHS<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE RE DEFENDANTS' MOTION TO SEAL (DKT. 146)**<br><br>**NOTED ON MOTION CALENDAR: SEPTEMBER 18, 2024** |

## **STIPULATED MOTION**

Pursuant to LCR 7(j), Plaintiff Lumentum Operations LLC ("Lumentum") and Defendants nLIGHT, Inc. ("nLIGHT"), Dahv Kliner ("Kliner"), and Roger L. Farrow ("Farrow") (collectively, the "Parties"), hereby respectfully submit this Stipulated Motion to Extend the Time for Lumentum's Response and Defendants' Reply to Defendant's Motion to Seal (Dkt. 146).

WHEREAS, Defendants' Motion to Seal is noted for September 17, 2024.

WHEREAS, on September 5, 2024, the Court re-set the trial in this matter from October 15, 2024, to April 29, 2025, with pre-trial dates re-set accordingly to March and April 2025.

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 1
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

WHEREAS, Lumentum intends to file a Response to Defendants' Motion to Seal, but inadvertently internally re-set the response date to the Motion to Seal with the other pre-trial deadlines.

WHEREAS, Lumentum's Chief IP Counsel is travelling and out of the office until September 23, 2024.

WHEREAS, in view of Lumentum's in-house counsel's unavailability, Lumentum respectfully requests that the deadline for its Response to the Motion to Seal be extended to September 24, 2024, with Defendants' deadline for its Reply extended accordingly to September 30, 2024;

WHEREAS, Defendants have no objection to Plaintiff's request.

Accordingly, the Parties stipulate and respectfully request that the Court:

1. Extend the deadline for Lumentum's Response to the Motion to Seal (Dkt. 146) to September 24, 2024, and extend the deadline for Defendants' Reply to the Motion to Seal to September 30, 2024; and

2. Reset the noting date on the motion to September 30, 2024.

No other deadlines shall be affected by this Stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 18th day of September, 2024.

FAEGRE DRINKER BIDDLE & REATH LLP

By: _s/ Joel D. Sayres_
   Joel D. Sayres
   Shelby Pickar-Dennis
   1144 15th Street, Suite 3400
   Denver, CO 80202
   Telephone: (303) 607-3500
   Joel.Sayres@FaegreDrinker.com
   Shelby.Pickar-Dennis@FaegreDrinker.com

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 2
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

David J.F. Gross
Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000
David.Gross@FaegreDrinker.com
Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
jcorr@corrdowns.com

***Attorneys for Plaintiff Lumentum Operations LLC***


BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Scott A. Felder*
Tyler L. Farmer, WSBA #39912
Elisabeth Read, WSBA #59762
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
tyler.farmer@bclplaw.com
elisabeth.read@bclplaw.com

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR DISPOSITIVE MOTIONS - 3
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE &
REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

|   |   |
|---|---|
| 1 | |
| 2 | WILEY REIN LLP |
| 3 | Scott A. Felder (*Pro Hac Vice*) |
| 4 | Wesley E. Weeks (*Pro Hac Vice*)<br>Lisa M. Rechden (*Pro Hac Vice*) |
| 5 | 2050 M Street NW<br>Washington, DC 20036 |
| 6 | Tel: (202) 719-7000<br>sfelder@wiley.law |
| 7 | wweeks@wiley.law<br>lrechden@wiley.law |

*Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow*

---

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR DISPOSITIVE MOTIONS - 4
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

**ORDER**

This matter, having come before the Court on the above stipulation, it is hereby ORDERED THAT:

Relief is granted to extend the deadline for Lumentum's Response to the Motion to Seal (Dkt. 146) to September 24, 2024; to extend the deadline for Defendants' Reply to the Motion to Seal to September 30, 2024; and to reset the noting date on the Motion to Seal to September 30, 2024.

IT IS SO ORDERED.

Dated this 18th day of September, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

      FAEGRE DRINKER BIDDLE & REATH LLP

      By: *s/ Joel D. Sayres*
         Joel D. Sayres
         Shelby Pickar-Dennis
         1144 15th Street, Suite 3400
         Denver, CO 80202
         Telephone: (303) 607-3500
         Joel.Sayres@FaegreDrinker.com
         Shelby.Pickar-Dennis@FaegreDrinker.com

         David J.F. Gross
         Braden M. Katterheinrich
         Johnathon E. Webb
         Doowon R. Chung
         2200 Wells Fargo Center
         90 S. 7th Street, Suite 2300
         Minneapolis, MN 55402
         Telephone: (612) 766-7000
         David.Gross@FaegreDrinker.com

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 5
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com
Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com
jcorr@corrdowns.com

*Attorneys for Plaintiff Lumentum Operations LLC*

WILEY REIN LLP

By: *s/ Scott A. Felder*
Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
Lisa M. Rechden (*Pro Hac Vice*)
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
sfelder@wiley.law
wweeks@wiley.law
lrechden@wiley.law

BRYAN CAVE LEIGHTON PAISNER LLP

Tyler L. Farmer, WSBA #39912
Elisabeth Read, WSBA #59762
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
tyler.farmer@bclplaw.com
elisabeth.read@bclplaw.com

*Attorneys for Defendants nLIGHT, Inc., Dahv Kliner and Roger L. Farrow*

STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS - 6
CASE NO. 3:22-CV-05186-BHS

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500