# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  C22-5186 BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Defendants nLIGHT, Dahv Kliner, and Roger Farrow's Motion for Summary Judgment, Dkt. 113 is GRANTED. Lumentum's claims are **DISMISSED** with prejudice. This case is closed.

Dated this 11th day of December, 2024.

                  <u>Ravi Subramanian      </u>
                  Clerk

                  *<u>s/Mike Williams      </u>*
                  Deputy Clerk