The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>　　　　　　　　Defendants. | NO. 3:22-CV-05186-BHS<br><br>**PLAINTIFF LUMENTUM OPERATIONS LLC'S NOTICE OF APPEAL** |

PLAINTIFF LUMENTUM OPERATIONS LLC'S
NOTICE OF APPEAL
Case No. 3:22-cv-05186-BHS-DWC

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

1  Notice is hereby given that Plaintiff Lumentum Operations LLC ("Lumentum") appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered on December 11, 2024 (Dkt. 165), and from all adverse orders, opinions, decisions and rulings in this case underlying or related to the final judgment, including without limitation the Court's Order entered on December 11, 2024 (Dkt. 164), granting Defendants nLIGHT, Inc., Dahv Kliner, and Roger L. Farrow's Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and denying Lumentum's Motion to Exclude as moot.

DATED:  December 17, 2024

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By  s/  Joel D. Sayres
    Joel D. Sayres
    Shelby Pickar-Dennis
    1144 15th Street, Suite 3400
    Denver, CO 80202
    Telephone: (303) 607-3500
    Joel.Sayres@FaegreDrinker.com
    Shelby.Pickar-Dennis@FaegreDrinker.com

    David J.F. Gross
    4800 North Scottsdale Road, Suite 2200
    Scottsdale, AZ 85251
    Telephone: (480) 643-1850
    David.Gross@FaegreDrinker.com

    Braden M. Katterheinrich
    Johnathon E. Webb
    Doowon R. Chung
    2200 Wells Fargo Center
    90 S. 7th Street, Suite 2300
    Minneapolis, MN 55402
    Telephone: (612) 766-7000
    Braden.Katterheinrich@FaegreDrinker.com
    Johnathon.Webb@FaegreDrinker.com
    Doowon.Chung@FaegreDrinker.com

PLAINTIFF LUMENTUM OPERATIONS LLC'S
NOTICE OF APPEAL - 1
Case No. 3:22-cv-05186-BHS-DWC

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC

Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
jcorr@corrdowns.com

*Attorneys for Plaintiff Lumentum Operations LLC*

PLAINTIFF LUMENTUM OPERATIONS LLC'S
NOTICE OF APPEAL - 2
Case No. 3:22-cv-05186-BHS-DWC

FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH ST. #3400
DENVER, CO 80202
(303) 607-3500