The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LUMENTUM OPERATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>Defendants. | Case No. 3:22–cv–05186–BHS<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**PLEASE TAKE NOTICE** that, in accordance with Local Civil Rule 83.2(b)(3), Lisa M. Rechden, formerly of Wiley Rein LLP, hereby withdraws her appearance as counsel on behalf of Defendants, nLIGHT, Inc., Dahv Kliner, and Roger L. Farrow (collectively, "Defendants"), in this proceeding, Case No. 3:22–cv–05186–BHS, effective immediately.

Scott Felder and Wesley Weeks of Wiley Rein LLP, located at 2050 M Street NW, Washington, D.C. 20036, and Tyler Farmer and Elisabeth Read of Bryan Cave Leighton Paisner LLP, located at 999 Third Avenue, Suite 4400, Seattle, Washington 98104, will continue to represent Defendants.

NOTICE OF WITHDRAWAL - 1
(Case No. 3:22–cv–05186–BHS)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

Dated this 18th day of December 2024.

/s/ *Lisa M. Rechden*
Lisa M. Rechden

*Former Attorney for Defendants*

/s/ *Tyler L. Farmer*
Tyler L. Farmer, WSBA No. 39912
Elisabeth Read, WSBA No. 59762
Bryan Cave Leighton Paisner LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Email: Tyler.Farmer@bclplaw.com
Elisabeth.Read@bclplaw.com

/s/ *Scott A. Felder*
Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
Email: SFelder@wiley.law
WWeeks@wiley.law

*Attorneys for Defendants*

NOTICE OF WITHDRAWAL - 2
(Case No. 3:22–cv–05186–BHS)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 18, 2024, copies of the foregoing were caused to be served upon the following in the manner indicated:

*Attorneys for Plaintiff Lumentum Operations LLC*
*VIA ELECTRONIC MAIL*

FAEGRE DRINKER BIDDLE & REATH LLP

Joel D. Sayres
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500 Joel.Sayres@FaegreDrinker.com

David J.F. Gross
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700 David.Gross@FaegreDrinker.com

Braden M. Katterheinrich
Johnathon E. Webb
Doowon R. Chung
2200 Wells Fargo Center
90 S. 7th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 766-7000 Braden.Katterheinrich@FaegreDrinker.com
Johnathon.Webb@FaegreDrinker.com Doowon.Chung@FaegreDrinker.com

Zachary D. Wawrzyniakowski
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Zachary.Wawrzyniakowski@FaegreDrinker.com

CORR|DOWNS PLLC
Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
ghoog@corrdowns.com

DATED this 18th day of December 2024.

/s/ *Lisa M. Rechden*
Lisa M. Rechden

NOTICE OF WITHDRAWAL OF COUNSEL - 3
(Case No. 3:22–cv–05186–BHS)