THE HONORABLE BENJAMIN H. SETTLE

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| LUMENTUM OPERATIONS LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NLIGHT, INC.; DAHV KLINER; and ROGER L. FARROW,<br><br>　　　　　　　Defendants. | Case No. 3:22–cv-05186–BHS<br><br>(PROPOSED) ORDER GRANTING DEFENDANTS NLIGHT, INC., DAHV KLINER, AND ROGER L. FARROW'S MOTION FOR COSTS<br><br>**NOTED FOR CONSIDERATION:**<br>JANUARY 23, 2025 |

THIS MATTER came before the Court on Defendants nLIGHT, Inc., Dahv Kliner, and Roger L. Farrow's Motion for Costs. The Court has considered the following pleadings submitted in support of and in opposition to the motion:

　　1.　　Defendants nLIGHT, Inc., Dahv Kliner, and Roger L. Farrow's Motion for Costs;

　　2.　　Declaration of Scott A. Felder in support of Defendants' Motion for Costs; and

　　3.　　All attachments herewith.

///

///

///

///

---

PROPOSED ORDER GRANTING DEFENDANTS NLIGHT, INC., DAHV KLINER, AND ROGER L. FARROW'S MOTION FOR COSTS
(CASE NO. 3:22−CV−05186−BHS) - 1

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

The Court being fully advised in the premises, now, therefore, it is hereby ORDERED that Defendants nLIGHT, Inc., Dahv Kliner, and Roger L. Farrow's Motion for Costs is GRANTED. Plaintiff Lumentum Operations LLC, is ordered to pay _____ in taxable costs to Defendants.

DONE IN COURT this ___ day of _____ 2025.

HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

By *s/ Elisabeth Read*
Tyler L. Farmer, WSBA # 39912
Elisabeth Read, WSBA # 59762
Bryan Cave Leighton Paisner LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Email: *Tyler.Farmer@bclplaw.com*
*Elisabeth.Read@bclplaw.com*

Scott A. Felder (*Pro Hac Vice*)
Wesley E. Weeks (*Pro Hac Vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
Email: *sfelder@wiley.law*
*wweeks@wiley.law*

*Attorneys for Defendants*

PROPOSED ORDER GRANTING DEFENDANTS NLIGHT, INC., DAHV KLINER, AND ROGER L. FARROW'S MOTION FOR COSTS
(CASE NO. 3:22−CV−05186−BHS) - 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700